Michelle H. Swann - 019819
SCHNEIDER & ONOFRY, P.C.
3101 N. Central Avenue, Suite 600
Phoenix, AZ  85012-2658
Telephone: (602) 200-1287
Fax: (602) 230-8985
E-mail: minute-entries@soarizonalaw.com
mswann@soarizonalaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Mandira, LLC, a Louisiana limited liability company; and Mitesh Kalthia and Ashu Kalathia, husband and wife,<br><br>Defendants. | No.<br><br>**SUMMONS** |

TO:   Mandira, LLC, a Louisiana limited liability company

A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Plaintiff's attorney, whose name and address is:

Michelle Swann
SCHNEIDER & ONOFRY, P.C.
3101 N. Central Avenue, Suite 600
Phoenix, AZ  85012
(602) 200-1287

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the Court.

DATE: _____.

BRIAN D. KARTH
CLERK OF COURT


By_____
         Deputy Clerk's Signature